SEALED FILED

BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891

JUL 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:11CR296 WBS |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
| | ) | |
| MOCTEZUMA TOVAR, | ) | |
| MANUEL HERRERA, | ) | |
| RUBEN RODRIGUEZ, | ) | |
| JAIME MAYORGA, | ) | |
| SANDRA HERMOSILLO, | ) | |
| JUN MICHAEL DIRAIN, and | ) | |
| CHRISTIAN PARADA RENTERIA, | ) | |
| | ) | |
| Defendants. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Dominique N. Thomas to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: 7/14/11

_____
HON. DALE A. DROZD
United States Magistrate Judge

1