SEALED

FILED

JUL 1 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   2:11cr296 WBS
        Plaintiff,              )
   v.                           )
                                )
SEALED,                         )
                                )
        Defendant.              )
_____)

### SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant or until further order the Court.

DATED:  7/14/11

_____
HON. DALE A. DROZD
United States Magistrate Judge