FILED

JUL 1 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK



1  BENJAMIN B. WAGNER
United States Attorney
2  DOMINIQUE N. THOMAS
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12          Plaintiff,               )    D.C. NO. 2-11-CR-296 WBS
                                     )
13     v.                            )    APPLICATION AND ORDER
                                     )    FOR UNSEALING INDICTMENT
14  MOCTEZUMA TOVAR, et al.,         )
                                     )
15          Defendant.               )
                                     )
16  _____ )

17      On July 14, 2011, the indictment was filed in the above-

18  referenced case.  Since defendants Manuel Herrera and Sandra

19  Hermosillo have now been arrested, it is no longer necessary for the

20  indictment to be sealed.  The government respectfully requests that

21  the indictment be unsealed.

22  DATED: July 19, 2011              BENJAMIN B. WAGNER
                                      United States Attorney
23
                                      By:/s/ Dominique N. Thomas
24                                    DOMINIQUE N. THOMAS
                                      Assistant U.S. Attorney
25
                                      ORDER
26  SO ORDERED:

27  DATED: July 19, 2011              _____
                                      HON. DALE A. DROZD
28                                    U.S. Magistrate Judge

                         1