```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DOMINIQUE N. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2891
5
6
7                IN THE UNITED STATES DISTRICT COURT
8             FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,    )    CASE NO. 2:11-CR-296 WBS
                                )
11            Plaintiff,        )
                                )
12      v.                      )    STIPULATION AND [PROPOSED]
                                )    ORDER TO EXCLUDE TIME
13 MOCTEZUMA TOVAR,             )
   MANUEL HERRERA,              )
14 RUBEN RODRIGUEZ,             )
   JAIME MAYORGA,               )
15 SANDRA HERMOSILLO,           )
   JUN MICHAEL DIRAIN, and      )
16 CHRISTIAN PARADA RENTERIA    )
                                )
17                              )
                                )
18            Defendants.       )
   _____)
19
```

20    The parties request that the status conference in this case
21 be continued from August 8, 2011 to August 15, 2011 at 8:30 a.m.
22 They stipulate that the time between August 8, 2011 and August
23 15, 2011 should be excluded from the calculation of time under
24 the Speedy Trial Act.  The parties stipulate that the ends of
25 justice are served by the Court excluding such time, so that
26 counsel for the defendant may have reasonable time necessary for
27 effective preparation, taking into account the exercise of due
28 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, defense

1

1  counsel requires time to review the extensive discovery in this
2  case.  The parties stipulate and agree that the interests of
3  justice served by granting this continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.  18
5  U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 26, 2011    By:    /s/ Dominique N. Thomas
                              ─────────────────────────
                              DOMINIQUE N. THOMAS
                              Assistant U.S. Attorney

DATE: July 26, 2011           /s/ Tom A. Johnson
                              ─────────────────────────
                              THOMAS A. JOHNSON
                              Attorney for Defendant Tovar

DATE: July 26, 2011           /s/ John R. Manning
                              ─────────────────────────
                              JOHN R. MANNING
                              Attorney for Defendant Herrera

DATE: July 26, 2011           /s/ Bruce Locke
                              ─────────────────────────
                              BRUCE LOCKE
                              Attorney for Defendant Rodriguez

DATE: July 26, 2011           /s/ Patrick Hanly
                              ─────────────────────────
                              PATRICK KEITH HANLY
                              Attorney for Defendant Mayorga

DATE: July 26, 2011           /s/ Erin Radekin
                              ─────────────────────────
                              ERIN JOLENE RADEKIN
                              Attorney for Defendant Hermosillo

DATE: July 26, 2011           /s/ Matthew Scoble
                              ─────────────────────────
                              MATTHEW MCCRARY SCOBLE
                              Attorney for Defendant Dirain

**IT IS SO ORDERED.**

DATE:  July 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE