```
BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER BETWEEN UNITED STATES AND DEFENDANTS |
| MOCTEZUMA TOVAR, MANUEL HERRERA, RUBEN RODRIGUEZ, JAIME MAYORGA, SANDRA HERMOSILLO, JUN MICHAEL DIRAIN, and CHRISTIAN PARADA RENTERIA | |
| Defendants. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain confidential but unclassified materials to anyone not a party to the court proceedings in this matter; and

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate;

Defendants Moctezuma Tovar, Manuel Herrera, Ruben Rodriguez, Jamie Mayorga, Sandra Hermosillo, Jun Michael Dirain, and Christian Parada Renteria, and Plaintiff, the United States of

America, by and through their counsel of record, hereby agree and stipulate as follows:

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2.  This Order pertains to all discovery provided to or made available to defense counsel as part of the discovery in this case (hereafter, collectively known as "the discovery").

3.  Defense counsel shall not disclose any of the discovery to any person other their respective defendant/client, attorneys, law clerks, paralegals, secretaries, experts, or investigators involved in the representation of his/her defendant/client.

4.  The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense counsel shall return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.  Defense counsel shall store the discovery in a secure place and shall use reasonable care to ensure that it is not disclosed to unauthorized third persons in violation of this agreement.

6.  If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph 3, defense counsel shall provide such recipients with copies of this Stipulation and Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may be

used only in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and contempt of court.

    7.   Defense counsel shall be responsible for advising his or her respective defendant/client, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

IT IS SO STIPULATED.

                              BENJAMIN B. WAGNER
                              United States Attorney

DATE: August 3, 2011      By:  /s/ Dominique N. Thomas
                              DOMINIQUE N. THOMAS
                              Assistant U.S. Attorney

DATE: August 3, 2011      By:  /s/ Thomas A. Johnson
                              THOMAS A. JOHNSON
                              Attorney for Defendant Tovar

DATE: August 3, 2011      By:  /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant Herrera

DATE: August 1, 2011      By:  /s/ Bruce Locke
                              BRUCE LOCKE
                              Attorney for Defendant Rodriguez

DATE: August 3, 2011      By:  /s/ Ron Peters
                              RON PETERS
                              Attorney for Defendant Mayorga

DATE: August 3, 2011      By:  /s/ Erin J. Radekin
                              ERIN JOLENE RADEKIN
                              Attorney for Defendant Hermosillo

```
DATE: August 3, 2011        By:   /s/ Matthew M. Scobel
                                  MATTHEW MCCRARY SCOBLE
                                  Attorney for Defendant Dirain

DATE: August 2, 2011        By:   /s/ Chris Cosca
                                  CHRIS COSCA
                                  Attorney for Defendant Parada
```

**SO ORDERED.**

DATE:  August 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE