1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SANDRA HERMOSILLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:11-CR-00296 WBS |
| v. | |
| SANDRA HERMOSILLO, et al. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Dominique Thomas, defendant, Moctezuma Tovar, by and through his counsel, Thomas Johnson, defendant, Manuel Herrera, by and through his counsel, John Manning, defendant, Ruben Rodriguez, by and through his counsel, Bruce Locke, defendant, Jaime Mayorga, by and through his counsel, Ronald Peters, defendant, Jun Michael Dirain, by and through his counsel, Matthew Scoble, defendant, Christian Parada Renteria, by and through his counsel, Chris Cosca, and defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 11, 2011 at 9:30 a.m., and to continue the status conference until December 12, 2011 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that there is voluminous discovery in this matter and counsel are engaged in reviewing discovery, investigation, other defense preparation and/or plea

1  negotiations.  The Court is advised that Ms. Thomas and all defense counsel noted above concur
2  with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.
3        The parties further agree and stipulate that the time period from the filing of this stipulation
4  until December 12, 2011 should be excluded in computing time for commencement of trial under the
5  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
6  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
7  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
8  outweigh the best interests of the public and the defendant in a speedy trial.
9        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
10  IT IS SO STIPULATED

11  Dated: October 7, 2011      BENJAMIN WAGNER
          United States Attorney
12
          By:    /s/ Erin J. Radekin for
13        DOMINIQUE THOMAS
          Assistant United States Attorney
14

15  Dated: October 7, 2011      /s/ Erin J. Radekin for
          THOMAS JOHNSON
16        Attorney for Defendant
          MOCTEZUMA TOVAR
17
    Dated: October 7, 2011      /s/ Erin J. Radekin for
18        JOHN MANNING
          Attorney for Defendant
19        MANUEL HERRERA

20  Dated: October 7, 2011      /s/ Erin J. Radekin for
          BRUCE LOCKE
21        Attorney for Defendant
          RUBEN RODRIGUEZ
22
    Dated: October 7, 2011      /s/ Erin J. Radekin for
23        RONALD PETERS
          Attorney for Defendant
24        JAIME MAYORGA

25  Dated: October 7, 2011      /s/ Erin J. Radekin for
          MATTHEW SCOBLE
26        Attorney for Defendant
          JUN MICHAEL DIRAIN
27  / / /
28  / /

Dated: October 7, 2011        /s/ Erin J. Radekin for
CHRIS COSCA
Attorney for Defendant
CHRISTIAN PARADA RENTERIA

Dated: October 7, 2011        /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of October 11, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on December 12, 2011 at 9:30 a.m. The court finds excludable time in this matter through December 12, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE