1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SANDRA HERMOSILLO

6
                 IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,
11 |         Plaintiff,                    Case No. 2:11-CR-00296 WBS
12 | v.
13 |                                        **STIPULATION AND [PROPOSED] ORDER
   | SANDRA HERMOSILLO, et al.              TO CONTINUE STATUS CONFERENCE**
14 |         Defendant.
15 |
16 |

17
18                              **STIPULATION**

19      Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Dominique Thomas; defendant, Moctezuma Tovar, by and through his counsel, Thomas

21 Johnson; defendant, Manuel Herrera, by and through his counsel, John Manning; defendant, Ruben

22 Rodriguez, by and through his counsel, Bruce Locke; defendant, Jaime Mayorga, by and through his

23 counsel, Ronald Peters; defendant, Jun Michael Dirain, by and through his counsel, Matthew Scoble;

24 defendant, Christian Parada Renteria, by and through his counsel, Chris Cosca; and defendant,

25 Sandra Hermosillo, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the

26 date set for status conference, December 12, 2011 at 9:30 a.m., and to continue the status conference

27 until February 6, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

28      The reason for this request is that there is voluminous discovery in this matter and counsel
   are engaged in reviewing discovery, investigation, other defense preparation and/or plea

1 negotiations. Further, Ms. Radekin suffered a broken foot on November 29, 2011 which will require
2 surgery on December 9, 2011. The Court is advised that Ms. Thomas and all defense counsel noted
3 above concur with this request and have authorized Ms. Radekin to sign this stipulation on their
4 behalf.

5     The parties further agree and stipulate that the time period from the filing of this stipulation
6 until February 6, 2012 should be excluded in computing time for commencement of trial under the
7 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
8 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
9 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
10 outweigh the best interests of the public and the defendant in a speedy trial.

11     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

12 IT IS SO STIPULATED

13 Dated: December 7, 2011          BENJAMIN WAGNER
                                             United States Attorney
14
                                             By:      /s/ Erin J. Radekin for
15                                            DOMINIQUE THOMAS
                                             Assistant United States Attorney
16

17 Dated: December 7, 2011                  /s/ Erin J. Radekin for
                                             THOMAS JOHNSON
18                                              Attorney for Defendant
                                             MOCTEZUMA TOVAR
19
Dated: December 7, 2011                  /s/ Erin J. Radekin for
20                                              JOHN MANNING
                                             Attorney for Defendant
21                                              MANUEL HERRERA

22 Dated: December 7, 2011                  /s/ Erin J. Radekin for
                                             BRUCE LOCKE
23                                              Attorney for Defendant
                                             RUBEN RODRIGUEZ
24
Dated: December 7, 2011                  /s/ Erin J. Radekin for
25                                              RONALD PETERS
                                             Attorney for Defendant
26                                              JAIME MAYORGA

27 Dated: December 7, 2011                  /s/ Erin J. Radekin for
                                             MATTHEW SCOBLE
28                                              Attorney for Defendant
                                             JUN MICHAEL DIRAIN

| | |
|---|---|
| Dated: December 7, 2011 | /s/ Erin J. Radekin for<br>CHRIS COSCA<br>Attorney for Defendant<br>CHRISTIAN PARADA RENTERIA |
| Dated: December 7, 2011 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>SANDRA HERMOSILLO |

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 12, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on February 6, 2012 at 9:30 a.m.   The court finds excludable time in this matter through February 6, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   December 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE