JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MOCTEZUMA TOVAR, et al.,<br><br>  Defendants. | No. CR-S-11-296 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~ ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: March 19, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Dominique N. Thomas, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., that the status conference presently set for February 6, 2012 be **continued to March 19, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public

1  in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective
2  preparation) and Local Code T4, and agree to exclude time from the date of the filing of the
3  order until the date of the status conference, March 19, 2012.

5  IT IS SO STIPULATED.

7  Dated: January 26, 2012                              /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
8                                                       Attorney for Defendant
                                                        Moctezuma Tovar

10 Dated: January 26, 2012                              /s/  John R. Manning
                                                        JOHN R. MANNING
11                                                      Attorney for Defendant
                                                        Manuel Herrera

13 Dated: January 26, 2012                              /s/  Bruce Locke
                                                        BRUCE LOCKE
14                                                      Attorney for Defendant
                                                        Ruben Rodriguez

16 Dated: January 31, 2012                              /s/  Ronald J. Peters
                                                        RONALD J. PETERS
17                                                      Attorney for Defendant
                                                        Jaime Mayorga

19 Dated: January 27, 2012                              /s/  Erin J. Radekin
                                                        ERIN J. RADEKIN
20                                                      Attorney for Defendant
                                                        Sandra Hermosillo

22 Dated: January 26, 2012                              /s/  Matthew M. Scoble
                                                        MATTHEW M. SCOBLE
23                                                      Attorney for Defendant
                                                        Jun Dirain

25 Dated: January 26, 2012                              /s/  Christopher R. Cosca
                                                        CHRISTOPHER R. COSCA
26                                                      Attorney for Defendant
                                                        Christian Renteria

Dated: January 29, 2012                              Benjamin B. Wagner
                                                     United States Attorney

                                          by:        /s/ Dominique N. Thomas
                                                     DOMINIQUE N. THOMAS
                                                     Assistant U.S. Attorney

1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, # 204
3  Sacramento, CA. 95814
   (916) 444-3994
4  Fax (916) 447-0931

5  Attorney for Defendant
   MANUEL HERRERA
6

7            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,       )   No. CR-S-11-296 WBS
                                   )
11       Plaintiff,                )
                                   )   ORDER TO
12                                 )   CONTINUE STATUS CONFERNCE
   v.                              )
13                                 )
   MOCTEZUMA TOVAR, et al.,        )
14                                 )
                                   )
15       Defendants.               )
                                   )
16                                 )

17 _____

18

19       The Court, having received, read, and considered the stipulation of the parties, and good

20 cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based

21 on the stipulation of the parties and the recitation of facts contained therein, the Court finds that

22 it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

23 the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the

24 failure to grant a continuance in this case would deny defense counsel to this stipulation

25 reasonable time necessary for effective preparation, taking into account the exercise of due

26 diligence.  The Court finds that the ends of justice to be served by granting the requested

27 continuance outweigh the best interests of the public and the defendants in a speedy trial.

28

The Court orders that the time from the date of the parties' stipulation, February 1, 2012, to and including March 19, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 6, 2012, status conference shall be continued until March 19, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated:   February 1, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE