1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   VICTOR ALVARADO
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-11-296 WBS
                                    )
9           Plaintiff,               )
                                    )   STIPULATION AND PROPOSED
10                                   )   ORDER TO CONTINUE THE
    v.                               )   STATUS CONFERENCE FROM
11                                   )   MARCH 19, 2012 TO MAY 14, 2012
   MOCTEZUMA TOVAR, et al.,         )   AT 9:30 A.M.
12                                   )
13          Defendants.              )
   _____)
14

15       IT IS HEREBY stipulated between the United States of America through its undersigned

16 counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant

17 Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manel Herrera, John R.

18 Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for

19 defendant Jaime Mayorga, Ronald J. Peters, Esq., counsel for defendant Sandra Hermosillo, Erin

20 J. Radekin, Esq., counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for

21 defendant Christian Renteria, Christopher R. Cosca, Esq., that the status conference presently set

22 for March 19, 2012 be **continued to May 14, 2012, at 9:30 a.m.,** thus **vacating** the presently set

23 status conference.

24       Defense counsel requires additional time to review the discovery and perform

25 investigation.  Therefore, counsel for the parties stipulate and agree that the interests of justice

26 served by granting this continuance outweigh the best interests of the defendants and the public

27 in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective

28

29                                      1

preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 14, 2012.

IT IS SO STIPULATED.

Dated: March 13, 2012                                /s/
                                                    THOMAS A. JOHNSON
                                                    Attorney for Defendant
                                                    Moctezuma Tovar

Dated: March 13, 2012                                /s/
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Manuel Herrera

Dated: March 13, 2012                                /s/
                                                    BRUCE LOCKE
                                                    Attorney for Defendant
                                                    Ruben Rodriguez

Dated: March 13, 2012                                /s/
                                                    RONALD J. PETERS
                                                    Attorney for Defendant
                                                    Jaime Mayorga

Dated: March 13, 2012                                /s/
                                                    ERIN J. RADEKIN
                                                    Attorney for Defendant
                                                    Sandra Hermosillo

Dated: March 13, 2012                                /s/
                                                    MATTHEW M. SCOBLE
                                                    Attorney for Defendant
                                                    Jun Dirain

Dated: March 13, 2012                                /s/
                                                    CHRISTOPHER R. COSCA
                                                    Attorney for Defendant
                                                    Christian Renteria

Dated: March 13, 2012                                   Benjamin B. Wagner
                                                        United States Attorney

                                              by:         /s/
                                                        STEVEN LAPHAM
                                                        Assistant U.S. Attorney

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

      The Court orders that the time from March 19, 2012 to May 14, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the March 19, 2012, status conference shall be continued until May 14, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   March 15, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE