BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICTOR ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-11-296 WBS |
| Plaintiff, | ) ) ) | STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW RUBEN RODRIGUEZ TO TRAVEL TO MEXICO TO GET MARRIED |
| v. | ) ) ) | |
| RUBEN RODRIGUEZ, | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that Mr. Rodriguez may travel to Mexico on April 19, 2012 for the purpose of getting married. It is further stipulated that Mr. Rodriguez must return to the United States by May 19, 2012 and that he must check-in with his Pre-Trial Services Officer that day.  The Pre-Trial Services Officer may return Mr. Rodriguez's passport to him prior to April 19, 2012 and Mr. Rodriguez is ordered to surrender the passport to the Pre-Trial Services Officer upon his return to the United States.

DATED: March 16, 2012          /S/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Victor Alvarado

DATED: March 16, 2012          /S/ Bruce Locke
                               For R. STEVEN LAPHAM
                               Attorney for the United States

1

IT IS SO ORDERED.

DATED:  March 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE