DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUN DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>TOVAR et al.,                       )<br>                                    )<br>            Defendant.              )<br>_____ ) | NO. CR.S-11-296-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  June 25, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through DOMINIQUE THOMAS, Assistant United States Attorney, JUN DIRAIN by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, MOCTEZUMA TOVAR by and through his attorney, THOMAS A. JOHNSON, MANUEL HERRERA by and through his attorney, JOHN MANNING, RUBEN RODRIGUEZ by and through his attorney, BRUCE LOCKE, JAIME MAYORGA by and through his attorney RONALD PETERS, SANDRA HERMOSILLO by and through her attorney ERIN RADEKIN and CHRISTIAN RENTERIA by and through his attorney, CHRISTOPHER COSCA, that the status conference presently scheduled for May 14, 2012, be continued to June 25, 2012, at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine

possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 25, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   May 10, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Matthew M. Scoble
                                          MATTHEW SCOBLE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Attorney for JUN DIRAIN

                                          /s/ Matthew M. Scoble for
                                          THOMAS A. JOHNSON
                                          Attorney for MOCTEZUMA TOVAR

                                          /s/ Matthew M. Scoble for
                                          JOHN MANNING
                                          Attorney for MANUEL HERRERA

                                          /s/ Matthew M. Scoble for
                                          BRUCE LOCKE
                                          Attorney for RUBEN RODRIGUEZ

                                          /s/ Matthew M. Scoble for
                                          RONALD PETERS
                                          Attorney for JAIME MAYORGA

                                          /s/ Matthew M. Scoble for
                                          ERIN RADEKIN
                                          Attorney for SANDRA HERMOSILLO

                                          /s/ Matthew M. Scoble
                                          CHRISTOPHER COSCA
                                          Attorney for CHRISTIAN RENTERIA

DATED:   May 10, 2012.                                    BENJAMIN WAGNER
                                                          United States Attorney


                                                          /s/ Matthew M. Scoble for
                                                          DOMINIQUE THOMAS
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff



                                    ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 14, 2012, status conference hearing be continued to June 25, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 25, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   May 10, 2012

                                   _____
                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

3