1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar #237432
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JUN DIRAIN

6

7
                IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )  NO. CR.S-11-296-WBS
11                                 )
                   Plaintiff,      )
12                                 )  **STIPULATION AND [PROPOSED] ORDER;**
         v.                        )     **CONTINUING STATUS CONFERENCE**
13                                 )        **AND EXCLUDING TIME**
    TOVAR et al.,                  )
14                                 )  Date:  August 20, 2012
                   Defendant.      )  Time:  9:30 a.m.
15  _____ )  Judge: Hon. William B. Shubb

16

17      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

18  America through STEVEN LAPHAM, Assistant United States Attorney, JUN

19  DIRAIN by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal

20  Defender, MOCTEZUMA TOVAR by and through his attorney, THOMAS A.

21  JOHNSON, MANUEL HERRERA by and through his attorney, JOHN MANNING,

22  RUBEN RODRIGUEZ by and through his attorney, BRUCE LOCKE, JAIME MAYORGA

23  by and through his attorney RONALD PETERS, SANDRA HERMOSILLO by and

24  through her attorney ERIN RADEKIN and CHRISTIAN RENTERIA by and through

25  his attorney, CHRISTOPHER COSCA, that the status conference presently

26  scheduled for June 25, 2012, be continued to August 20, 2012, at 9:30

27  a.m. The reason for this continuance is to allow defense counsel

28  additional time to review discovery with the defendants, to examine

1  possible defenses and to continue investigating the facts of the case.

2      Based upon the foregoing, the parties agree that the time under

3  the Speedy Trial Act should be excluded from the date of signing of

4  this order through and including August 20, 2012 pursuant to 18 U.S.C.

5  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

6  T4 based upon continuity of counsel and defense preparation.

7

8  DATED:  June 22, 2012.                    Respectfully submitted,

9                                            DANIEL J. BRODERICK
                                             Federal Public Defender

10

11                                           /s/ Matthew M. Scoble
                                             MATTHEW SCOBLE
12                                           Assistant Federal Defender
                                             Attorney for Defendant
13                                           Attorney for JUN DIRAIN

14                                           /s/ Matthew M. Scoble for
                                             THOMAS A. JOHNSON
15                                           Attorney for MOCTEZUMA TOVAR

16                                           /s/ Matthew M. Scoble for
                                             JOHN MANNING
17                                           Attorney for MANUEL HERRERA

18                                           /s/ Matthew M. Scoble for
                                             BRUCE LOCKE
19                                           Attorney for RUBEN RODRIGUEZ

20                                           /s/ Matthew M. Scoble for
                                             RONALD PETERS
21                                           Attorney for JAIME MAYORGA

22                                           /s/ Matthew M. Scoble for
                                             ERIN RADEKIN
23                                           Attorney for SANDRA HERMOSILLO

24                                           /s/ Matthew M. Scoble
                                             CHRISTOPHER COSCA
25                                           Attorney for CHRISTIAN RENTERIA

26

27

28

2

1  DATED:   June 22, 2012.                    BENJAMIN WAGNER
                                              United States Attorney
2

3
                                              /s/ Matthew M. Scoble for
4                                             STEVE LAPHAM
                                              Assistant U.S. Attorney
5                                             Attorney for Plaintiff

6

7

8                                   ORDER

9       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

10  ordered that the June 25, 2012, status conference hearing be continued

11  to August 20, 2012, at 9:30 a.m.  Based on the representation of

12  defense counsel and good cause appearing there from, the Court hereby

13  finds that the failure to grant a continuance in this case would deny

14  defense counsel reasonable time necessary for effective preparation,

15  taking into account the exercise of due diligence.  The Court finds

16  that the ends of justice to be served by granting a continuance

17  outweigh the best interests of the public and the defendant in a speedy

18  trial.  It is ordered that time up to and including the August 20, 2012

19  status conference shall be excluded from computation of time within

20  which the trial of this matter must be commenced under the Speedy Trial

21  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

22  T-4, to allow defense counsel reasonable time to prepare.

23  Dated:  June 21, 2012

24

25  _____
    WILLIAM B. SHUBB
26  UNITED STATES DISTRICT JUDGE

27

28

                                    3