JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-296 WBS |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) [~~PROPOSED~~] FINDINGS |
| MOCTEZUMA TOVAR, et al., | ) |
| | ) Date: October 15, 2012 |
| Defendants. | ) Time: 9:30 a.m. |
| | ) Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters. Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on August 20, 2012.

2. By this stipulation, defendants now move to continue the status conference until October 15, 2012 and to exclude time between August 20, 2012 and October 15, 2012 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This is a complex case, including over 25,000 pages of discovery and seven co-defendants.

   b. Counsel for the defendants need additional time to review the discovery and conduct investigation.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 20, 2012 to October 15, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 16, 2012 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: August 16, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: August 16, 2012 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant
Ruben Rodriguez

Dated: August 16, 2012 /s/ Ronald J. Peters
RONALD J. PETERS
Attorney for Defendant
Jaime Maorga

Dated: August 16, 2012 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: August 16, 2012 /s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Attorney for Defendant
Jun Dirain

Dated: August 16, 2012 /s/ Christopher Cosca
CHRISTOPHER COSCA
Attorney for Defendant
Christian Renteria

Dated: August 16, 2012                             Benjamin B. Wagner
                                                   United States Attorney

                                                   by:/s/  Steven Lapham
                                                   STEVEN LAPHAM
                                                   Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of August, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE