JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-296 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) [~~PROPOSED~~] FINDINGS |
| MOCTEZUMA TOVAR, et al., | ) |
| Defendants. | ) Date: December 10, 2012<br>) Time: 9:30 a.m.<br>) Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters. Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on October 15, 2012.

    2.  By this stipulation, defendants now move to continue the status conference until December 10, 2012 and to exclude time between October 15, 2012 and December 10, 2012 at 9:30 a.m. under the Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

        a.  This is voluminous mortgage fraud case involving (allegedly) numerous properties and individuals (including seven co-defendants). Thus far, the Government has produced over 25,000 pages of

1

discovery (plus numerous audio recordings).  The conduct alleged in this matter spans several years and, at the time of indictment, was several years old.

b. Counsel for the defendants need additional time to review the discovery and conduct investigation.

c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 15, 2012 to December 10, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:   October 10, 20102                         /s/  Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Defendant
                                                   Moctezuma Tovar

Dated:   October 10, 2012                          /s/  John R. Manning
                                                   JOHN R. MANNING
                                                   Attorney for Defendant
                                                   Manuel Herrera

Dated:   October 10, 2012                          /s/ Bruce Locke
                                                   BRUCE LOCKE
                                                   Attorney for Defendant
                                                   Ruben Rodriguez

Dated:   October 10, 2012                          /s/ Ronald J. Peters

```
                                        RONALD J. PETERS
                                        Attorney for Defendant
                                        Jaime Maorga

Dated:  October 10, 2012                /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        Sandra Hermosillo

Dated:  October 10, 2012                /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Attorney for Defendant
                                        Jun Dirain

///

///
Dated:  October 10, 20102               /s/ Christopher Cosca
                                        CHRISTOPHER COSCA
                                        Attorney for Defendant
                                        Christian Renteria

Dated:  October 10, 2012                Benjamin B. Wagner
                                        United States Attorney

                                        by:/s/  Lee Bickley
                                        LEE BICKLEY
                                        Assistant U.S. Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 11th day of October, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE