1   BRUCE LOCKE (#177787)
    Moss & Locke
2   800 Howe Avenue, Suite 110
    Sacramento, CA 95825
3   (916) 569-0667
    (916) 569-0665 fax
4   Attorneys for
    RUBEN RODRIGUEZ

5

6                   IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )   No.   CR. S-11-296 WBS
                                     )
9                  Plaintiff,         )
                                     )
10                                    )   STIPULATION AND ~~PROPOSED~~
                                     )   ORDER TO ALLOW RUBEN
11       v.                           )   RODRIGUEZ TO TRAVEL TO
                                     )   MEXICO FOR THE BIRTH OF HIS
12   RUBEN RODRIGUEZ,                 )   FIRST CHILD
                                     )
13                 Defendants.        )
    _____)

14          IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben

15   Rodriguez, by and through his undersigned defense counsel, and the United

16   States of America by and through its counsel, Assistant U.S. Attorney Lee

17   Bickley, that Mr. Rodriguez may, with the permission of his Pre-Trial Services

18   Officer, and pursuant to such conditions as required by the Pre-Trial Services

19   Officer, travel to Mexico at any time between January 1, 2013 and March 31,

20   2013 for the purpose of being present at the birth of his first child.  It is further

21   stipulated that Mr. Rodriguez must check-in with his Pre-Trial Services Officer

22   as required by the Pre-Trial Services Officer.  The Pre-Trial Services Officer may

23   return Mr. Rodriguez's passport to him any time after December 31, 2012 and

24   Mr. Rodriguez must return to the United States by March 31, 2013 and must

25   check in with, and surrender his passport to, his Pre-Trial Services Officer that

26   day.

27

28

29                                      1

1    DATED: December 20, 2012            /S/ Bruce Locke
2                                        BRUCE LOCKE
                                         Attorney for RUBEN RODRIGUEZ
3
     DATED: December 20, 2012            /S/ Bruce Locke
4                                        For LEE BICKLEY
                                         Attorney for the United States
5

6

7

8

9

10
         IT IS SO ORDERED.
11

12   DATED:  December 20, 2012

13

14                               WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                               2