TIM A. PORI, ESQ. (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, California 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

UNITED STATES DISCTIRCT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>     vs.<br><br>RUBEN RODRIGUEZ,<br><br>         Defendant | Case No.: 2:11-cr-00296-WBS<br><br>STIPULATION AND ORDER TO ALLOW RUBEN RODRIGUEZ TO TRAVEL TO MEXICO FOR THE BIRTH OF HIS CHILD |

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Brian Fogerty, that Mr. Rodriguez may, with the permission of his Pre-Trial Services Officer, and pursuant to such conditions as required by the Pre-Trial Services Officer, travel to Mexico between May 28, 2015 and June 12, 2015 to visit his family and witness the birth of his second child.  It is further stipulated that Mr. Rodriguez must check-in with his Pre-Trial Services Officer as required by the Pre-Trial Services Officer.  The Pre-Trial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order and Mr. Rodriguez is ordered to surrender the passport to the Pre-Trial Services Officer the day after his return to the United States and no later than June 19, 2015.

DATED: May 21, 2015         /S/  Tim Pori_____
                            TIM A. PORI
                            Attorney for RUBEN RODRIGUEZ


DATED: May 21, 2015            /S/    Brian Fogerty_____
                            BRIAN FOGERTY
                            Attorney for the United States

Stipulation and Order - 1

IT IS SO ORDERED.

Dated: May 21, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
rodriguez0296.stipo.re.travel

Stipulation and Order - 2