BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
JEAN M. HOBLER
Assistant United States Attorneys
CHRISTINE M. O'NEILL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 WBS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MOCTEZUMA TOVAR, ET AL., | |
| Defendants. | |

The Court hereby ORDERS Tim A. Pori and his client, Ruben Rodriguez, to appear personally at the hearing set for August 31, 2015, at 9:30 a.m. in Courtroom 5.

Dated: August 25, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO TIM A. PORI TO SHOW CAUSE
WHY HE SHOULD NOT BE DISQUALIFIED

1