TIM A. PORI, ESQ. (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, California 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

506 Broadway
San Francisco, California 94133
Telephone: (415) 986-5591
(San Francisco Office)

Attorney for
RUBEN RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RUBEN RODRIGUEZ,<br><br>　　　　　　Defendant | Case No.: 2:11-cr-00296-WBS<br><br>STIPULATION AND ORDER TO ALLOW RUBEN RODRIGUEZ TO TRAVEL TO MEXICO FOR THE BAPTISM OF HIS SECOND CHILD |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between October 10, 2015, through October 14, 2015, to attend the baptism of his daughter.

　　　It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer. The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order and Mr. Rodriguez is ordered to

surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than October 16, 2015.

DATED: September 28, 2015   /s/ Tim Pori
TIM A. PORI
Attorney for RUBEN RODRIGUEZ

DATED: September 28, 2015   /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 28, 2015   _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE