IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MOCTEZUMA TOVAR, ET AL,<br><br>  Defendants. | CASE NO.  2:11-CR-296 WBS<br><br>**ORDER CONTINUING TRIAL, EXCLUDING TIME, SETTING TRIAL-RELATED DEADLINES** |

This matter was set for a status conference on March 21, 2016, at the request of the Court, with a trial date of April 5, 2016. Tim Pori appeared for defendant Ruben Rodriguez. Ron Peters appeared for Jaime Mayorga. Both defendants were present, out of custody. AUSAs Jean M. Hobler and Brian Fogerty appeared for the United States.

The Court advised the parties that its schedule would not permit the trial as currently scheduled, but a visiting judge may be able to keep the trial on schedule for April 5, 2016. The parties conferred following which Mr. Pori advised the Court that despite engaging in diligent efforts he was having difficulties securing witness appearances for the April 5, 2016, trial date and anticipated litigating third party witness issues before being able to secure the appearance of defense witnesses. Mr. Peters advised that the defense

effort was joint, and that he anticipated calling the same witnesses and engaging in the same litigation.  The parties agreed that the interests of justice were best served by permitting the defense witness issues be resolved before trial, which was unlikely with the April 2016 trial date and, if it occurred would distract defense counsel from their efforts to otherwise prepare for trial.

Given the schedules of defense counsel and their commitments to other cases following the April 2016 trial date, the parties agreed on the first available date of October 18, 2016, with an estimate of 24 court days for all parties to present their cases.  The Court therefore orders:

The April 5, 2016, trial date is vacated, as are the deadlines for filing motions in limine (March 21, 2016), responses to motions in limine (March 25, 2016), and all trial documents (March 28, 2016).

Trial shall commence on October 18, 2016, at 9:00 a.m.

Motions in limine shall be filed no later than September 19, 2016, with responses filed on or before October 3, 2016.  Hearings on the motions will take place on the first morning of trial.

The parties shall file trial briefs, jury instructions, and verdict forms on October 3, 2016.  The parties shall file witness lists on October 11, 2016.

///
///
///
///
///
///
///
///

Order Continuing Trial, Setting Dates

2

1    Based on representations of both counsel regarding their
2 preparation for the April 5, 2016, trial date, including litigation
3 of defense witness issues and counsels' commitments in other cases
4 following the April 5, 2016, trial date, the Court finds that an
5 exclusion of time under Local Code T4 is appropriate, and that the
6 ends of justice served by taking such action outweigh the best
7 interests of the public and the defendants in a speedy trial.  Time
8 is therefore excluded between the March 21, 2016, and October 18,
9 2016.
10    It is so ordered.
11 Dated:   March 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL, SETTING DATES           3