TIM A. PORI, ESQ. (SBN 189270)
PORI, MAHER & CHIKHANI
A Professional Law Corporation
724 Texas Street
Fairfield, CA 94533
Telephone: (707) 427-2800
Facsimile: (707) 427-2220

506 Broadway
San Francisco, California 94133
Telephone: (415) 986-5591
(San Francisco Office)

Attorney for
RUBEN RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     vs.<br><br>RUBEN RODRIGUEZ,<br><br>          Defendant | Case No.: 2:11-cr-00296-WBS<br><br>STIPULATION AND ORDER TO ALLOW RUBEN RODRIGUEZ TO TRAVEL TO MEXICO |

  IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between July 13, 2016 through July 30, 2016 to visit his family and travel back to the U.S. with his wife and two (2) kids.

  It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer. The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order and Mr. Rodriguez is ordered to

Stipulation and Order - 1

surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than August 1, 2016.

DATED: June 23, 2016            /s/ Tim Pori
                                TIM A. PORI
                                Attorney for RUBEN RODRIGUEZ


DATED: June 23, 2016            /s/ Brian A. Fogerty
                                BRIAN A. FOGERTY
                                Assistant United States Attorney

      IT IS SO ORDERED.


DATED:  June 23, 2016.          _____
                                HON. EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

Stipulation and Order - 2