UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN RODRIGUEZ and JAIME MAYORGA,<br><br>　　　　Defendants. | CR. NO. 2:11-0296 WBS<br><br>**ORDER** |

----oo0oo----

　　　　Because defendant Ruben Rodriguez's Motion to Dismiss the Indictment (Docket NO. 345) appears to be based upon grounds not discussed at the hearing on October 5, 2016, on or before October 11, 2016 the Government may file a supplemental brief addressing the issues or arguments raised for the first time in such motion.

　　　　IT IS SO ORDERED.

Dated:  October 7, 2016

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE