Julie Salamon (Cal. Bar 214298)
    salamon@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Counsel for Subpoenaed Witness Amy Brandt*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11cr296 WBS-3 |
| Plaintiff, | **ORDER GRANTING MOTION TO QUASH SUBPOENA FOR AMY BRANDT** |
| v. | |
| RUBEN RODRIGUEZ | |
| Defendant. | Trial Date: October 18, 2016<br>Trial Time: 9:00 a.m.<br>Dept: The Honorable William B. Shubb |

For good cause appearing, Amy Brandt's motion to quash her subpoena (Docket No. 370) is hereby GRANTED.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1