1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

RUBEN RODRIGUEZ and JAIME MAYORGA,

              Defendants.

CR. NO. 2:11-0296 WBS

ORDER RE: MOTION TO QUASH

----oo0oo----

        Before the court is Non-Party WMC Mortgage, LLC's Motion to Quash Subpoena filed October 19, 2016.  (Docket No. 379.)   The court has reviewed the record in connection with the motion.  It appears that the movant, through its attorney, has already agreed to provide certain documents to defendant Rodriguez, and that no other documents called for by the subpoena could possibly be relevant to any legitimate issue at trial. Further, production of all remaining documents potentially subject to the subpoena would be unreasonable and oppressive

1

1  under Federal Rule of Criminal Procedure 17(c)(2).  Specifically,

2  it appears that complying literally with the subpoena would

3  require the movant to employ dozens of outside attorneys to

4  review terabytes of electronic data, a process that would likely

5  take at least 12 months and cost millions of dollars.

6          IT IS THEREFORE ORDERED that Non-Party WMC Mortgage,

7  LLC's Motion to Quash Subpoena filed October 19, 2016 be, and the

8  same hereby is, GRANTED to the extent the subpoena calls for

9  anything beyond what the movant has already agreed to produce.

10 Dated:  October 20, 2016

11

          WILLIAM B. SHUBB

12        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28