UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RUBEN RODRIGUEZ and JAIME MAYORGA,<br><br>          Defendants. | CR. NO. 2:11-0296 WBS<br><br>ORDER RE: MOTION TO QUASH |

----oo0oo----

Before the court is Non-Party Victor Argueta's Motion to Quash Subpoena filed October 20, 2016. (Docket No. 384.) Any response to the motion shall be filed within forty-eight (48) hours from the time of the filing of this order. Any reply shall be filed within seventy-two (72) hours from the time of the filing of this order. This motion is set for hearing at 8:30 a.m. on Monday, October 24, 2016. Counsel for Non-party Argueta may appear telephonically. The courtroom deputy shall email

1

1  counsel with instructions on how to participate in the telephone
2  conference call.
3       IT IS SO ORDERED.
4  Dated:  October 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE