UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN RODRIGUEZ and JAIME MAYORGA,<br><br>　　　　Defendants. | CR. NO. 2:11-0296 WBS<br><br>ORDER RE: MOTION TO QUASH |

----oo0oo----

　　　Defendant Rodriguez has filed an opposition (Docket No. 400) to Non-Party WMC Mortgage, LLC's Motion to Quash Subpoena filed October 19, 2016 (Docket No. 379). Any reply in support of the motion shall be filed by movant within forty-eight (48) hours from the time of the filing of this order. The court will resolve the motion on the papers.

　　　IT IS SO ORDERED.

Dated:  October 25, 2016

[Signature]

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1