UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN RODRIGUEZ and JAIME MAYORGA,<br><br>　　　　　Defendants. | CR. NO. 2:11-0296 WBS<br><br>ORDER |

----oo0oo----

　　　　Defendants' motion to strike exhibits upon grounds of the best evidence rule and/or non-compliance with Federal Rules of Evidence 803(6) and 902(11) is DENIED.  The court finds the motion to be untimely, frivolous, and not made in good faith.

　　　　SO ORDERED.

Dated:  October 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1