PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 |
| Plaintiff, | **ORDER REGARDING DISCLOSURE OF GRAND JURY TRANSCRIPT** |
| v. | |
| RUBEN RODRIGUEZ, ET AL, | |
| Defendants. | |

The Court hereby ORDERS that the grand jury transcript of Special Agent Gabriela Betance, which the government provided to defense counsel Tim A. Pori and Ron Peters in order to comply with its obligation under the Jencks Act (18 U.S.C. § 3500), shall be used only for purposes of trial preparation and cross-examination in this case. Pursuant to Federal Rule of Criminal Procedure 6(e), the grand jury transcript shall not be filed or otherwise disseminated unless disclosure is authorized by further order of this Court.

It is so ordered.

Dated: October 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE