TIM A. PORI, SBN 189270
PORI, MAHER, & CHIKHANI, P.C.
724 Texas Street
Fairfield, CA 94533
Tel: 707-427-2800
Fax: 707-427-2220

Attorney for Defendant
RUBEN RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RUBEN RODRIGUEZ,<br><br>  Defendant.<br>_____/ | 11-CR-00296 WBS<br><br>DEFENDANT RUBEN RODRIGUEZ'S MOTION FOR ORDER TO SHOW CAUSE WHY WITNESS SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH SUBPOENA; DECLARATION OF COUNSEL; PROPOSED ORDER |

COMES NOW DEFENDANT, RUBEN RODRIGUEZ, to move for an Order to Show Cause why Mark Anaya should not be held in contempt for failure to appear as commanded by subpoena issued October 14, 2016 and served on October 14, 2016.

Mr. Anaya acknowledged receipt of the subpoena, and the undersigned agreed, as a courtesy, to allow the witness to remain on telephone standby, to avoid any unnecessary appearance caused by scheduling changes by signing an agreement and agreement. Mr. Anaya was served with a lawfully issued subpoena pursuant to FRCP Rule 17 on October 14, 2016. See Declaration of Tim A. Pori Exhibit "A". Mr. Anaya was lawfully and personally served with the Rule 17 subpoena on October 14, 2016. See Declaration of Tim A. Pori Exhibit "B". On

1

October 18, 2016, Mr. Anaya signed an agreement to remain on call, by signing an agreementto be on standby on October 18, 2016. See Declaration of Tim A. Pori Exhibit "C". The standby agreement that read in pertinent part that: "In lieu of appearing on the date shown on the subpoena, I agree to appear on an alternative date upon notice from Defense Counsel. Should I fail to appear per this agreement, I understand that a bench warrant will issue for my arrest." See Declaration of Tim A. Pori Exhibit "C"

This agreement was for the benefit of the witness, and does not excuse appearance on the date requested. *See United States v. Snyder, 413 F.2d 288* (9th Cir. 1969). In that case:

> The facts are simple. Appellant was served with a subpoena (Ex. 2) on February 15, 1968, calling for his appearance on February 20, 1968. Appellant's attorney requested the United States Attorney that appellant be allowed to remain "on call." Appellant and his attorney had made such arrangements previously and had respected their obligations. Appellant had told his attorney such a "continuing arrangement" was agreeable to him. He was not called on February 20, 1968, nor at any time before March 14, 1968. On that date, the Assistant United States Attorney sent appellant's counsel a telegram (Ex. 5, p. 2) requesting appellant's appearance in court on April 9, 1968. This telegram was read to appellant. Thereafter, appellant wilfully absented himself from the State of California and failed to appear on April 9, 1968, or any other date to which the case on trial was continued.

*Id.* at 288-89.

The Ninth Circuit upheld the district court's contempt order, and held "that the subpoena creates a continuing obligation until the person subpoenaed has been released from it." *See id.* at 289.

Accordingly, Mr. Rodriguez requests that the Court issue an order to show cause, commanding the witness to appear for a hearing on why the witness should not be found in contempt for disobeying the subpoena.

Dated: November 2, 2016

Respectfully submitted,

/s
TIM A. PORI
Attorney for Defendant
RUBEN RODRIGUEZ

2

DECLARATION OF COUNSEL

I, Tim A. Pori, hereby state and declare:

1. I am counsel of record for defendant Ruben Rodriguez in Case No. 11-CR-00296 WBS.

2. The subpoena was issued on October 14, 2016, along with the agreement to be on standby on October 14, 2016. See Declaration of Tim A. Pori Exhibits "A &B."

3. That Richard Carl, my investigator provided me with a proof of service and the standby agreement on October 31, 2016 which indicated that the subpoena was served on October 14, 2016.

4. The witness is not responding to telephone calls, contrary to the "standby" agreement.

5. I therefore request that the Court enter an order to show cause why the witness should not be held in contempt.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of November 3, 20166, at Sacramento, California.

/s /
TIM A. PORI

**PROPOSED ORDER**

On the application of counsel for Mr. Rodriguez, and good cause appearing, it is hereby ORDERED that Mark Anaya personally appear before this Court at 501 I Street, Sacramento, California, 95814, Courtroom 5, 14th Floor, on Friday Novemver 4, 2016, at 9:00 a.m., to SHOW CAUSE why a finding of contempt should not be made, for disobeying a lawful subpoena.

**IT IS SO ORDERED.**

Dated: 11/3/2016

WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE