PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN RODRIGUEZ, ET AL.,<br><br>Defendants. | CASE NO. 2:11-CR-296 JAM<br><br>STIPULATION AND ORDER FOR STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: January 10, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney BRIAN A. FOGERTY, and defendants Ruben Rodriguez and Jaime Mayorga, both individually and by and through their respective counsel of record, TIM A. PORI and RON PETERS, hereby stipulate as follows:

1. On November 15, 2016, the Honorable William B. Shubb declared a mistrial following 18 days of trial proceedings involving defendants Rodriguez and Mayorga. ECF No. 459. On November 29, 2016, Judge Shubb denied the defendants' motion for judgment of acquittal under Federal Rule of Criminal Procedure 29, concluding the prior trial proceedings. ECF No. 470. On that same day, the United States filed its notice of intent to retry defendants Rodriguez and Mayorga. ECF No. 471.

2. On November 30, 2016, this case was reassigned to this Court. ECF No. 472.

3. On December 1, 2016, the United States filed a request for a status conference to be held on December 6, 2016. ECF No. 473. The request for a status conference was denied due to the

unavailability of defendant Rodriguez's counsel, Mr. Pori.

4. Mr. Pori is not available to appear for a status conference or prepare for trial until the second week of January 2017. Mr. Pori's unavailability is the result of family health issues and related personal obligations.

5. Prior to the retrial in this case, counsel for both defendants must review evidence and testimony introduced during the first trial. Counsel's preparation for the retrial will include the review of trial transcripts that have not yet been delivered.

6. Counsel for the United States and defendants have conferred and respectfully request that the Court set this case for a status conference on January 10, 2017, at 9:15 a.m. The parties agree that the interests of justice served by excluding the time under the Speedy Trial Act, outweighs the best interest of the public and the defendants in a speedy trial. The parties request that the Court order time excluded from November 29, 2016, through January 10, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

IT IS SO STIPULATED.

Dated: December 7, 2016  PHILLIP A. TALBERT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: December 7, 2016  /s/ TIM A. PORI
[authorized by email on 12/6/16]
TIM A. PORI
Counsel for Defendant
Ruben Rodriguez

Dated: December 7, 2016  /s/ RON PETERS
[authorized by email on 12/7/16]
RON PETERS
Counsel for Defendant
Jaime Mayorga

STIPULATION AND [PROPOSED] ORDER

2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance and exclude the time between November 29, 2016, and the January 10, 2017, status conference, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendants in a speedy trial. Time from November 29, 2016, to and including January 10, 2017, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: 12/8/2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge