MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 11-296 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO STATUS CONFERENCE |
| | ) |
| RUBEN RODRIGUEZ and, | ) Requested date: 5-9-2017 |
| JAIME MAYORGA | ) Time: 9:15 a.m. |
| Defendants. | ) Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Brian Fogerty and Jared Dolan, Assistant United States Attorneys, Ron Peters, attorney for defendant JAMIE MAYORGA, and Michael D. Long, attorney for defendant RUBEN RODRIGUEZ, that the status conference set for May 2, 2017, at 9:15 a.m. should be vacated and re-set for May 9, 2016, at 9:15 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Defense attorney Michael Long will be in trial before Judge Mueller on May 2, 2017, and is therefore unavailable to appear at the May 2, 2017, court appearance for Mr. Rodriguez. All parties are available to appear in this case on May 9, 2017.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded until the date of the presently set jury trial date of August 7, 2017.

-1-

All parties request the date of May 9, 2017, for the status hearing. The request for extending the date for the status conference is at the specific request of the defendant and with his knowing, intelligent and voluntary waiver of his speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

Dated: April 24, 2017  Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Darrell Romano

/s/ Ron Peters
RON PETERS
Attorney for Jaime Mayorga

Dated: April 24, 2017  PHIL TALBERT
Acting United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

/s/ Jared Dolan
JARED DOLAN
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for May 9, 2017, at 9:15 a.m., before District Court Judge John A. Mendez. Time has already been excluded until the jury trial date of August 7, 2017.

Dated: April 25, 2017  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge