UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
9/19/2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN RODRIGUEZ,<br><br>Defendant. | Case No. 2:11-CR-296 JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RUBEN RODRIGUEZ</u>,

Case No. <u>2:11-CR-296 JAM</u> Charge - 18, United States Code, Section 1349, from custody.

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ <u>$                              </u>

**X** Unsecured Appearance Bond $ <u>100,000 cosigned by Mustafa Aggad</u>

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** Pretrial Conditions as reflected in the attached document (Amended Special Conditions of Release)

**Note: The defendant's release on bond shall be delayed until Wednesday, September 20, 2017, at 8:00 a.m., at which time he will be released from the custody of the United States Marshals directly to Pretrial Services.**

Issued at Sacramento, California on 9/19/2017 at 10:55 a.m.

By: /s/ John A. Mendez

United States District Court Judge

# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Rodriguez, Ruben
No.: 2:11-CR-296-JAM
Date: September 19, 2017

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your release on bond shall be **delayed until Wednesday, September 20, 2017, at 8:00 a.m.**, at which time you will be released from the custody of the United States Marshals directly to Pretrial Services;
3. You are released to the third-party custody of Mustafa Aggad;
4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
7. You must not obtain a passport or other travel documents during the pendency of this case;
8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
9. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
10. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
11. You must not associate or have any contact with the codefendants named in the Indictment unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
12. You must report any contact with law enforcement to your pretrial services officer within 24 hours;
13. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;
14. **CURFEW:** You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations; and,
15. You must not associate or have any contact with any victim or witness named in the Indictment or related to this case and any persons named on the witness lists filed by the government and the defense.