John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
RUBEN RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN RODRIGUEZ,<br><br>Defendant. | No. 2:11-CR-0296-JAM<br><br>**ORDER FOR APPOINTMENT OF COUNSEL ON APPEAL** |

    Defendant Ruben Rodriguez, through counsel, hereby applies for an order appointing counsel to represent him for an interlocutory appeal of the district court's 10/19/17 order denying defendants' motion to dismiss (docket 646). At the panel administrator's request, attorney John Balazs agrees to accept the appointment for the appeal. Attorney Michael Long will remain as counsel for defendant for all further proceedings in the district court.

                                        Respectfully submitted,

Dated: October 20, 2017

                              /s/ John Balazs
                              John Balazs
                              Attorney seeking appointment
                              RUBEN RODRIGUEZ

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/20/2017

                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge