MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. 11-296 JAM
    Plaintiff, )
) ORDER FOR (1) THE TEMPORARY
v. ) RETURN OF HIS PASSPORT,
) (2) TO TRAVEL TO MEXICO AND
) (3) THE TEMPORARY REMOVAL OF
RUEBN RODRIGUEZ, ) THE ELECTRONIC MONITOR
)
    Defendant. ) Judge: Hon. John A. Mendez

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS ORDERED**:

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport for the purpose of traveling to Mexico from December 18, 2017, through December 26, 2017. The passport is returned to him after the issuance of this order and the passport is to be returned to the Court on or before December 28, 2017.

Mr. Rodriguez further requests that the Court order that he may temporarily remove the location monitoring device from his leg from December 18, 2017, through December 26, 2017 – removing the device before going to the airport on Monday, December 18, 2017, and having the monitor re-installed after arriving in Sacramento on Tuesday, December 26, 2017 (or if the flight lands in Sacramento after 4:00 p.m. on December 26, 2017, to have the monitor re-installed on Wednesday, December 27, 2017.)

-3-

FILED
NOV 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dated: 11/14, 2017

/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court Judge

US v Rodriguez
Case No 11-cr-296 JAM

-4-

Order for (1) The Temporary Return of His Passport;
(2) To Travel to Mexico; AND
(3) The Temporary Removal of The E.M.