PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 JAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| RUBEN RODRIGUEZ, ET AL., | COURT: Hon. John A. Mendez |
| Defendants. | |

The United States of America, by and through its attorney of record, Assistant United States Attorney BRIAN A. FOGERTY, and defendants Ruben Rodriguez and Jaime Mayorga, both individually and by and through their respective counsel of record, MICHAEL LONG and RON PETERS, hereby stipulate as follows:

1. On October 3, 2017, the Court set this case for a jury trial to begin on February 12, 2018. ECF No. 642.

2. On October 19, 2017, the Court denied the defendants' motion to dismiss. ECF No. 646.

3. The defendants subsequently filed notices of appeal, initiating interlocutory appeals of the Court's order denying the motion to dismiss. ECF Nos. 651 and 657. The defendants' respective appeals have been docketed in the United States Court of Appeals for the Ninth Circuit, and assigned case numbers 17-10452 and 17-10456. The Court of Appeals has entered orders setting briefing schedules for the two appeals, both of which extend into February 2018.

STIPULATION AND [PROPOSED] ORDER 1

4. As a result of the pending interlocutory appeals, the parties request that the Court: (1) vacate the February 12, 2018, trial date; (2) pursuant to 18 U.S.C. § 3161(h)(1)(C) and Local Code D, find that time is excluded under the Speedy Trial Act from the dates on which the defendants filed their respective notices of appeal, to the date on which the Court of Appeals issues a mandate; and (3) order the parties to appear for a status conference as soon as possible following the issuance of a mandate by the Court of Appeals.

IT IS SO STIPULATED.

Dated:  November 27, 2017      PHILLIP A. TALBERT
                               United States Attorney


                                /s/ BRIAN A. FOGERTY
                               BRIAN A. FOGERTY
                               Assistant United States Attorney


Dated:  November 27, 2017      MICHAEL LONG
                                [Authorized by email]
                               MICHAEL LONG
                               Counsel for Defendant
                               Ruben Rodriguez


Dated:  November 27, 2017      RON PETERS
                                [Authorized by email]
                               RON PETERS
                               Counsel for Defendant
                               Jaime Mayorga

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the February 12, 2018, trial date. The Court also specifically finds that time is excluded, pursuant to 18 U.S.C. § 3161(h)(1)(C) and Local Code D, as a result of defendants Ruben Rodriguez's and Jaime Mayorga's interlocutory appeal of the Court's order denying the defendants' motion to dismiss. The exclusion of time on that basis begins on the date of the defendants' respective notices of appeal, and the exclusion shall continue until the issuance of a mandate by the United States Court of Appeals for the Ninth Circuit. The Court further orders that it will hold a status conference regarding defendants Ruben Rodriguez and Jaime Mayorga as soon as possible following the issuance of a mandate.

IT IS SO ORDERED.

Dated: November 27, 2017

**/s/ JOHN A. MENDEZ**
Hon. John A. Mendez
United States District Judge