MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 11-296 JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR TRAVEL TO MEXICO |
| | ) | AND TEMPORARY REMOVAL OF |
| | ) | ELECTRONIC MONITOR |
| RUEBN RODRIGUEZ, | ) | Date: |
| | ) | Time: |
| Defendant. | ) | Judge: Hon. Magistrate Carolyn K. Delaney |
| ==============================) | | |

Mr. Rodriguez's special conditions of pre-trial release are found in ECF document 624. Special Condition 6 limits his travel to the Eastern District of California. Special Condition precludes him from obtaining a passport or travel documents. Judge Mendez signed a travel order, ECF document 670, permitting Ruben Rodriguez to travel to Mexico from December 15, 2017, through December 26, 2017.

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between Monday, December 18, 2017, through December 26, 2017, to visit his family and travel back to the United States.  Because Mr. Rodriguez departs at 12:50 a.m. on Monday, December 18th, he will need to have the electronic

-1-

monitoring device removed by 3:00 p.m. on Friday, December 15, 2017, by pre-trial services. The electronic monitoring device will be re-installed by 12:00 p.m. on December 27, 2017. Mr. Rodriguez will not be monitored by electronic monitoring from December 15, 2017, at 3:00pm to December 27, 2017, at 12:00pm. It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer. The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order and Mr. Rodriguez is ordered to surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than December 29, 2017.

I have spoken to PTS Rene Basurto she does not oppose returning Mr. Rodriguez's United States passport to him for the trip to Mexico.

Dated: December 6, 2017                     Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Ruben Rodriguez


Dated: December 6, 2017                     PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ Brian Fogerty
                                            BRIAN FOGERTY
                                            Assistant U.S. Attorney

[PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport. The passport is returned to him after the date of this order and the passport is to be returned to the Court on or before December 29, 2017. Mr. Rodriguez may travel to Mexico from December 18 through 26, 2017.

Dated: December 7, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE