**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:      Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>RUBEN RODRIGUEZ,<br><br>  Defendant | Case No.: 2:11-cr-00296 JAM-3<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRE-TRIAL RELEASE TO REMOVE THE ELECTRONIC HOME MONITORING DEVICE AND DELETE THE CURFEW CONDITION**<br><br>**Judge: Deborah Barnes** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Ruben Rodriguez, that the conditions of his pre-trial release be modified to remove condition 13, which required Mr. Rodriguez to wear a home electronic monitoring device, and to remove condition 14, which required Mr. Rodriguez to abide by a curfew. The pre-trial conditions are found in ECF document 624, page 2. The parties further stipulate the Court may take the contested hearing off the February 22, 2018, 2:00 p.m. calendar.

Respectfully submitted,

Dated: February 22, 2018        MICHAEL D. LONG
                                Attorney at Law

                                /s/ Michael D. Long
                                Michael D. Long
                                Attorney for RUBEN RODRIGUEZ

Dated:  February 22, 2018                McGREGOR SCOTT
                                          United States Attorney

                                          /s/ Brian Fogerty
                                          Brian Fogerty
                                          Assistant United States Attorney

ORDER

    GOOD CAUSE APPEARING, the conditions of pre-trial release for RUBEN RODRIGUEZ are hereby modified to remove condition 13, which required Mr. Rodriguez to wear a home electronic monitoring device, and to remove condition 14, which required Mr. Rodriguez to abide by a curfew.  All other conditions remain in effect.

    IT IS SO ORDERED.

Dated:  February 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE