MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 11-296 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO AMEND Mr. RODRIGUEZ'S |
| | ) CONDITIONS OF RELEASE |
| | ) |
| RUBEN RODRIGUEZ, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Carolyn K. Delaney |

STIPULATION #1:

Mr. Rodriguez's amended special conditions of pre-trial release are found in ECF document 705. Special Condition 3 states "You are released to the third-party custody of Mustafa Aggad". Mr. Aggad died of a heart attack on Sunday, April 29, 2018. Mr. Rodriguez's sister, Adriana Rodriguez, has offered to replace Mr. Aggad as third-party custodian.

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Adriana Rodriguez is the new third-party custodian of Ruben Rodriguez.

I have spoken to PTS Rene Basurto she does not oppose Adriana Rodriguez becoming the new third-party custodian of Ruben Rodriguez.

///

STIPULATION #2:

Mr. Rodriguez's "Order For Release Of Person In Custody" states "Unsecured Bond $100,000 co-signed by Mustafa Aggad." (See ECF Document 624.)

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Carlos Chavez and Ruben Rodriguez each co-sign a new unsecured appearance bond in the amount of $100,000 to replace the previous unsecured bond which was ordered back on September 19, 2017.

I have spoken to PTS Rene Basurto she does not oppose Carlos Chavez signing the new unsecured appearance bond for Ruben Rodriguez.

Dated: May 1, 2018                        Respectfully submitted,

                                                       /s/ Michael D. Long
                                                       MICHAEL D. LONG
                                                       Attorney for Ruben Rodriguez

Dated: May 1, 2018                        McGREGOR SCOTT
                                                       United States Attorney

                                                       /s/ Brian Fogerty
                                                       BRIAN FOGERTY
                                                       Assistant U.S. Attorney

///

///

///

///

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that Adriana Rodriguez is the new third-party custodian of Ruben Rodriguez.

The Court hereby orders that Carlos Chavez and Ruben Rodriguez each co-sign a new unsecured appearance bond in the amount of $100,000 to replace the previous unsecured bond.

Dated: May 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE