MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,　　) No. 11-296 JAM
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　) STIPULATION AND [PROPOSED]
　　v.　　　　　　　　　　　　　　　) ORDER FOR TRAVEL TO MEXICO,
　　　　　　　　　　　　　　　　　　) AND TEMPORARY RETURN
　　　　　　　　　　　　　　　　　　) OF U.S. PASSPORT
RUEBN RODRIGUEZ,　　　　　　　　) Date:
　　　　　　　　　　　　　　　　　　) Time:
　　　　　　Defendant.　　　　　　　) Judge: Hon. Magistrate Carolyn K. Delaney
==============================)

　　　　　Mr. Rodriguez's special conditions of pre-trial release are found in ECF document 624. Special Condition 6 limits his travel to the Eastern District of California.  Special Condition precludes him from obtaining a passport or travel documents.  Judge Mendez previously signed a travel order, ECF document 670, permitting Ruben Rodriguez to travel to Mexico from December 15, 2017, through December 26, 2017.  Mr. Rodriguez timely returned to Sacramento and surrendered his United States passport.  Mr. Rodriguez is once again requesting to travel to Mexico to visit his wife and daughters and also to facilitate renewing the United States Passports of both daughters (both of whom are United States citizens living in Mexico with their mother).  The daughters cannot travel to the United States without valid passports.

　　　　　The parties agree that the Court may temporarily return to Mr. Rodriguez his United States Passport at any time after the signing of this order.  Mr. Rodriguez will return the passport to the Court no later than June 11, 2018.

-1-

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between Wednesday, June 6, 2018, through Sunday, June 10, 2018, to visit his family and travel back to the United States (Pre-Trial Services will not monitor Mr. Rodriguez while he is in Mexico).

Mr. Rodriguez departs Sacramento for Mexico at 8:00 a.m. on Wednesday, June 6, 2018. His return flight is scheduled to land in Sacramento at 10:35 p.m. on Sunday, June 10, 2018. It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer.

The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order. Mr. Rodriguez is ordered to surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than Monday, June 11, 2018.

I have spoken to PTS Rene Basurto she does not oppose returning Mr. Rodriguez's United States passport to him for the trip to Mexico.

Dated: May 30, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael D. Long*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Ruben Rodriguez

Dated: May 30, 2018　　　　　　　　　　　　McGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ *Brian Fogerty*
　　　　　　　　　　　　　　　　　　　　　　BRIAN FOGERTY
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport. The passport shall be returned to him after the date of this order so that Mr. Rodriguez may travel to Mexico from June 6 through June 10, 2018. Mr. Rodriguez must return his passport to the Court on or before June 11, 2018.

Dated: May 31, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE