MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 11-296 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER FOR TRAVEL TO MEXICO, |
| ) | AND TEMPORARY RETURN |
| ) | OF U.S. PASSPORT |
| RUEBN RODRIGUEZ, ) | Date: |
| ) | Time: |
| Defendant. ) | Judge: Hon. Magistrate Allison Claire |
| ==============================) | |

    Mr. Rodriguez's special conditions of pre-trial release are found in ECF document 624. Special Condition 6 limits his travel to the Eastern District of California. Special Condition precludes him from obtaining a passport or travel documents. Judge Mendez previously signed a travel order, ECF document 670, permitting Ruben Rodriguez to travel to Mexico from December 15, 2017, through December 26, 2017. Judge Delaney signed an order, pursuant to a stipulation between the parties, allowing Mr. Rodriguez to travel to Mexico to see his family from June 6, 2018, through June 10, 2018. (See ECF 742.) On each occasion Mr. Rodriguez timely returned to Sacramento and surrendered his United States passport to the Court.

    Mr. Rodriguez is once again requesting to travel to Mexico to visit his wife and daughters over the holidays from Sunday, December 23, 2018, through Wednesday, January 2, 2019.

-1-

The parties agree that the Court may temporarily return to Mr. Rodriguez his United States Passport at any time after the signing of this order. Mr. Rodriguez will return the passport to the Court no later than Monday, January 7, 2019.

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between December 23, 2018, and January 2, 2019, to visit his family and travel back to the United States (Pre-Trial Services will not monitor Mr. Rodriguez while he is in Mexico).

Mr. Rodriguez departs Sacramento for Mexico at 2:59 p.m. on December 23, 2018. His return flight is scheduled to land in Sacramento at 2:29 p.m. on January 2, 2019. It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer.

The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order (or to CJA attorney Long to provide to Mr. Rodriguez). Mr. Rodriguez is ordered to surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than Monday, January 7, 2019.

I have spoken to PTS Melissa Haberer. She is neutral concerning the issue of returning Mr. Rodriguez's United States passport to him for the purpose of this proposed trip to Mexico.

Dated: December 12, 2018                    Respectfully submitted,

                                                               /s/ *Michael D. Long*
                                                               MICHAEL D. LONG
                                                               Attorney for Ruben Rodriguez

Dated: December 12, 2018

McGREGOR SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport. The passport is returned to him after the date of this order. Mr. Rodriguez may travel to Mexico from December 23, 2018, through January 2, 2019. Mr. Rodriguez must return his passport to the Court on or before January 7, 2019.

Dated: December 13, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE