MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-11-296 JAM
        Plaintiff,   )
           ) APPLICATION FOR A WRIT OF HABEAS
   v.   ) CORPUS AD TESTIFICANDUM
           )
RUBEN RODRIGUEZ,   ) Date: 4-15-2019
           ) Time: 9:00 a.m.
        Defendant.   ) Judge: Hon. John A. Mendez
=================================)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned hereby applies to the captioned court for the issuance of a writ of habeas corpus ☐ ad prosequendum ☒ ad testificandum ☐ in re motion pursuant to 28 U.S.C.§2255 and avers:

    Mr. CHRISTIAN PARADA RENTERIA, BOP #66398-097

I.    Detained by Federal Bureau of Prisons: Reeves III CI
     at 100 County Dr., #204, Pecos TX 79772

II.    Detainee is   ☐ charged in this district by ☐ indictment   ☐ information
                                          ☐ complaint   ☐ Petition to Revoke
       or     ☐ was convicted in this district of violating Title _____U.S.C. § _____
       or     ☒ is a witness not otherwise available by the ordinary process of the Court.
     Appearance is necessary on *April 15, 2019*.
     ☒ before Judge John A. Mendez
     or     ☐ before the Federal Grand Jury of the U.S. Courthouse for the district,
     for   ☐ initial appearance.   ☐ arraignment.   ☐ plea.   ☐ jury trial.
          ☐ trial.   ☐ sentencing   ☐ a motion pursuant to 28 U.S.C. § 2255.
          ☒ the purpose of giving testimony in the captioned proceeding.
          ☐ other purpose(s), specifically,_____.

Application for Writ of Habeas Corpus          ]

It is also petitioned that all parties to the Writ notify counsel for said detainee, if any exist, of this request prior to any court order being issued.

Date: March 29, 2019.                    Name: /s/ *Michael D. Long*

## **WRIT OF HABEAS CORPUS**

☐ Ad Prosequendum     ☒ Ad Testificandum     ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to **Reeves III CI** unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: 4/1/2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge