UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00296-JAM |
| Plaintiff, | ORDER RE UNITED STATES' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF SHAUN P. MARTIN |
| v. | |
| RUBEN RODRIGUEZ, et al., | |
| Defendants. | |

This matter is before the Court on the United States' Motion in Limine to exclude the testimony of Defendants Ruben Rodriguez and Jaime Mayorga's expert witness Shaun Martin (ECF No. 824). The Motion was opposed by Defendants (ECF No. 829). The United States filed a reply in support of its Motion (ECF No. 830).

The Court has carefully considered the briefs and exhibits attached thereto, as well as its previous ruling regarding the admissibility of Mr. Martin's testimony at trial (ECF No. 658). Given the new information provided to the Court in connection with this Motion, the Court has reconsidered its previous Order and finds that Mr. Martin will be allowed to testify at the trial

1

scheduled to begin on April 15, 2019, but only on the condition that the Defendants produce all notes and documents that Mr. Martin created, which in any way memorialize or reflect the substance of any interview or conversation that forms the basis for Mr. Martin's expert opinion in this case.  If Defendants are not able to provide these documents, the Defendants shall produce a sworn declaration from Mr. Martin in which he explains why he testified under oath in <u>United States v. Green</u>, 2:11-cr-468 TLN, that the documents exist and why he is refusing to produce them.  The documents or declaration shall be submitted to the United States by April 15, 2019, at 9:00 a.m.

    IT IS SO ORDERED.

DATED:  April 8, 2019

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE