MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. 11-cr-296 JAM
        Plaintiff, )
) STIPULATION AND ORDER FOR TRAVEL TO
v. ) MEXICO **JUNE 18 TO 28**, 2019, AND
) TEMPORARY RETURN OF U.S. PASSPORT
) Date:
RUEBN RODRIGUEZ, ) Time:
) Judge: Hon. Magistrate Edmund F. Brennan
        Defendant.
==============================)

      Mr. Rodriguez's special conditions of pre-trial release are found in ECF document 624. Special Condition 6 limits his travel to the Eastern District of California. Special Condition precludes him from obtaining a passport or travel documents. Judge Claire previously signed a travel order, ECF document 795, permitting Ruben Rodriguez to travel to Mexico from December 23, 2018, through January 2, 2019. Judge Mendez previously signed a travel order, ECF document 670, permitting Ruben Rodriguez to travel to Mexico from December 15, 2017, through December 26, 2017. Judge Delaney signed an order, pursuant to a stipulation between the parties, allowing Mr. Rodriguez to travel to Mexico to see his family from June 6, 2018, through June 10, 2018. (See ECF 742.) On each occasion Mr. Rodriguez timely returned to Sacramento and surrendered his United States passport to the Court.

      Mr. Rodriguez is once again requesting to travel to Mexico to visit his wife and daughters, and to specifically watch the school promotion ceremony of his kindergarten aged daughter on June

19, 2019. He is requesting to travel to Mexico on **June 18, 2019**, and return to Sacramento on **Friday, June 28, 2019**.

The parties agree that the Court may temporarily return to Mr. Rodriguez his United States Passport at any time after the signing of this order. Mr. Rodriguez will return the passport to the Court no later than **Monday, July 1, 2019**.

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between **June 18, 2019**, and **June 28, 2019**, to visit his family and travel back to the United States (Pre-Trial Services will not monitor Mr. Rodriguez while he is in Mexico).

Mr. Rodriguez departs Sacramento for Mexico at 6:00 a.m. on June 18, 2019 (via Salt Lake City). His return flight is scheduled to land in Sacramento at 6:28 p.m. on June 28, 2019. It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer. The complete itinerary has been sent to PTS Zepeda.

The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order (or to CJA attorney Long to provide to Mr. Rodriguez). Mr. Rodriguez is ordered to surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than **Monday, July 1, 2019**.

I have spoken to PTS Margerita Zepeda. She is neutral concerning the issue of returning Mr. Rodriguez's United States passport to him for the purpose of this proposed trip to Mexico.

///

Dated: June 7, 2019　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Ruben Rodriguez

Dated: June 7, 2019　　　　　　　　　　　　　McGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian Fogerty
　　　　　　　　　　　　　　　　　　　　　　BRIAN FOGERTY
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport. The passport is returned to him after the date of this order. Mr. Rodriguez may travel to Mexico from **June 18, 2019**, through **June 28, 2019**. Mr. Rodriguez must return his passport to the Court on or before **Monday, July 1, 2019**.

Dated: June 7, 2019

　　　　　　　　　　　　　　　　　　　　　　Hon. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge