MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RUBEN RODRIGUEZ and <br> JAIME MAYORGA, <br> Defendant. | ) No. 11-cr-296 JAM <br> ) <br> ) STIPULATION AND <br> ) ORDER MODIFYING THE SCHEDULE <br> ) FOR RODRIGUEZ & MAYORGA'S <br> ) PRE-SENTENCE REPORTS AND FOR A NEW <br> ) SENTENCING DATE OF NOVEMBER 5, 2019 <br> ) <br> ) Judge: Hon. John A. Mendez |

Defendants Ruben Rodriguez and Jaime Mayorga are both requesting a continuance of their sentencing hearing, which is presently set for September 10, 2019. Ruben Rodriguez and Jaime Mayorga are requesting a new sentencing date of November 5, 2019. The continuance is requested to a newly appointed expert to generate a report and confer with counsel. His report will be necessary to reply to the pre-sentence report and to make sentencing arguments. Mr. Long and Mr. Peters will continue to gather documents and information for their informal objections. AUSAs Brian Fogerty and Justin Lee, on behalf of the United States Attorney's Office, and USPO Nisha Modica, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: November 5, 2019

Reply, or Statement of Non-opposition: October 29, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and
served on the Probation Officer and opposing counsel no later than: October 22, 2019

-1-

The final Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 15, 2019

The informal objections to the draft Pre-Sentence Report shall be served on the Probation Officer and opposing counsel no later than: October 8, 2018

The draft Pre-Sentence Report shall be filed no later than September 24, 2019.

Dated: August 6, 2019                                  Respectfully submitted,

                                                       /s/ *Michael D. Long*
                                                       MICHAEL D. LONG
                                                       Attorney for Curtis Sawyer

Dated: August 6, 2019                                  McGREGOR SCOTT
                                                       United States Attorney

                                                       /s/ *Brian Fogerty*
                                                       BRIAN FOGERTY
                                                       Assistant U.S. Attorney

Dated: August 6, 2019                                  /s/ *Justin Lee*
                                                       JUSTIN LEE
                                                       Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders that the schedule for the pre-sentence reports for Ruben Rodriguez and Jaime Mayorga is amended as follows:

Judgment and Sentencing Date: November 5, 2019

Reply, or Statement of Non-opposition: October 29, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 22, 2019

The final Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 15, 2019

The informal objections to the draft Pre-Sentence Report shall be served on the Probation Officer and opposing counsel no later than: October 8, 2019

The draft Pre-Sentence Report shall be filed no later than September 24, 2019.

Dated: August 7, 2019 /s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court Judge