MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>             Plaintiff,<br>  v.<br><br>RUBEN RODRIGUEZ and<br>JAIME MAYORGA,<br>             Defendant. | ) No. 2:11-cr-00296-JAM<br>)<br>) STIPULATION AND<br>) ORDER MODIFYING THE SCHEDULE<br>) FOR RODRIGUEZ & MAYORGA'S<br>) PRE-SENTENCE REPORTS AND FOR A NEW<br>) SENTENCING DATE OF JANUARY 7, 2020<br>)<br>)<br>) Judge: Hon. John A. Mendez |

===============================)

Defendants Ruben Rodriguez and Jaime Mayorga are both requesting a continuance of their sentencing hearing, which is presently set for December 10, 2019.  Ruben Rodriguez and Jaime Mayorga are requesting a new sentencing date of January 7, 2020.  The continuance is requested because (1) Mr. Long will still be in a homicide trial in Sacramento County Superior Court on December 10th and (2) Mr. Peters will be in court for a preliminary hearing in Denver, Colorado, on December 9, 2019.  USPO Modica filed her final pre-sentence report on November 14, 2019.  Mr. Long and Mr. Peters will continue to gather documents and information for their formal objections. AUSAs Brian Fogerty and Justin Lee, on behalf of the United States Attorney's Office, and USPO Nisha Modica, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: January 7, 2020

Reply, or Statement of Non-opposition: December 30, 2019

-1-

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 24, 2019

Dated: November 15, 2019                    Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Ruben Rodriguez

Dated: November 15, 2019                    Respectfully submitted,

                                            /s/ Ron Peters
                                            RON PETERS
                                            Attorney for Jaime Mayorga

Dated: November 15, 2019                    McGREGOR SCOTT
                                            United States Attorney

                                            /s/ Brian Fogerty
                                            BRIAN FOGERTY
                                            Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for the pre-sentence reports for Ruben Rodriguez and Jaime Mayorga is amended as follows:

Judgment and Sentencing Date: January 7, 2020 at 9:15 a.m.

Reply, or Statement of Non-opposition: December 30, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 24, 2019

Dated: November 18, 2019                    /s/ John A. Mendez
                                            Hon. JOHN A. MENDEZ
                                            United States District Court Judge