1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           CASE NO. 2:11-CR-296 JAM

11                 Plaintiff,          STIPULATION AND ORDER TO CONTINUE
                                       SENTENCING
12         v.
                                       DATE: January 7, 2020
13 JAIME MAYORGA, and                  TIME: 9:15 a.m.
   RUBEN RODRIGUEZ,                    COURT: Hon. John A. Mendez
14
                   Defendants.
15

16

17    The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and

18 defendant Jaime Mayorga, by and through counsel Ron Peters, and defendant Ruben Rodriguez, by and

19 through counsel Michael D. Long, hereby agree and stipulate as follows:

20    On November 11, 2019, the Court set a hearing for sentencing and entry of judgment regarding

21 defendants Mayorga and Rodriguez to be held on January 7, 2020. ECF No. 941. The parties request

22 that the Court vacate the January 7, 2020 hearing, and reset sentencing for these defendants for February

23 4, 2020, at 9:15 a.m. The parties seek additional time to prepare for sentencing. The parties request that

24 the Court adopt the sentencing-related filing deadlines set forth below:

25    - Motions to correct the presentence report shall be filed by January 21, 2020.

26    - Any reply or statement of non-opposition shall be filed by January 28, 2020.

27    - Sentencing hearing shall be held on February 4, 2020 at 9:15 a.m.

28

STIPULATION AND [PROPOSED] ORDER                    1

| | |
|---|---|
| Dated: December 12, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: December 12, 2019 | /s/ RON PETERS<br>RON PETERS<br>Counsel for Defendant<br>Jaime Mayorga |
| Dated: December 12, 2019 | /s/ MICHAEL D. LONG<br>MICHAEL D. LONG<br>Counsel for Defendant<br>Ruben Rodriguez |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The January 7, 2020 sentencing hearing is VACATED, and sentencing is reset for February 4, 2020, at 9:15 a.m.

IT IS SO ORDERED.

Dated: 12/13/2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge