MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 11-296 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR |
| V. | ) TRAVEL TO MEXICO DECEMBER 23, 2019, |
| | ) TO JANUARY 2, 2020, |
| | ) AND FOR TEMPORARY RETURN |
| | ) OF U.S. PASSPORT |
| RUBEN RODRIGUEZ, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Deborah Barnes |
| ==============================) | |

Mr. Rodriguez's special conditions of pre-trial release are found in ECF document 624. Special Condition 6 limits his travel to the Eastern District of California. Special Condition precludes him from obtaining a passport or travel documents. Mr. Rodriguez has traveled to Mexico many times with the permission of the court and the agreement of the parties. On each occasion Mr. Rodriguez timely returned to Sacramento and surrendered his United States passport to the Court.

Mr. Rodriguez is once again requesting to travel to Mexico to visit his wife and daughters for the Christmas and New Year's holidays. He is requesting to travel to Mexico on **Monday, December 23, 2019**, and return to Sacramento on **Thursday, January 2, 2020**.

The parties agree that the Court may temporarily return to Mr. Rodriguez his United States Passport at any time after the signing of this order. Mr. Rodriguez will return the passport to the Court no later than **Friday, January 3, 2020**.

-1-

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, that Mr. Rodriguez may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by the Pretrial Services Officer, travel to Mexico between **Monday, December 23, 2019**, and return to Sacramento on **Thursday, January 2, 2020**, to visit his family and travel back to the United States (Pre-Trial Services will not monitor Mr. Rodriguez while he is in Mexico).

Mr. Rodriguez will provide his air travel dates, times and airlines to the parties before he departs from Sacramento. It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer. The complete itinerary will be sent to PTS Zepeda.

The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order (or to CJA attorney Long to provide to Mr. Rodriguez). Mr. Rodriguez is ordered to surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than **Friday, January 3, 2020**.

I have spoken to PTS Margerita Zepeda. She is neutral concerning the issue of returning Mr. Rodriguez's United States passport to him for the purpose of this proposed trip to Mexico.

///

///

Dated: December 18, 2019         Respectfully submitted,

                                 /s/ Michael D. Long
                                 MICHAEL D. LONG
                                 Attorney for Ruben Rodriguez

Dated: December 18, 2019

McGREGOR SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport. The passport is returned to him after the date of this order. Mr. Rodriguez may travel to Mexico from **December 23, 2019**, and return to Sacramento on **January 2, 2020**. Mr. Rodriguez must return his passport to the Court on or before **January 3, 2020**.

Dated: December 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE