MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 11-296 JAM |
| Plaintiff, | ) |
| | ) MOTION AND ORDER FOR |
| V. | ) TRAVEL TO MEXICO FEBRUARY 18, 2020, |
| | ) TO FEBRUARY 25, 2020, |
| | ) AND FOR TEMPORARY RETURN |
| | ) OF U.S. PASSPORT |
| RUEBN RODRIGUEZ, | ) Date:  2-7-2020 |
| | ) Time:  2:00 p.m. |
| Defendant. | ) Judge: Hon. Magistrate Kendall J. Newman |
| ===============================) | |

Mr. Rodriguez's special conditions of pre-trial release are found in ECF document 624. Special Condition 6 limits his travel to the Eastern District of California.  Special Condition precludes him from obtaining a passport or travel documents. Mr. Rodriguez has previously traveled to Mexico at least six times with the permission of the Court and the agreement of the parties.  On each occasion Mr. Rodriguez timely returned to Sacramento and surrendered his United States passport to the Court.

Mr. Rodriguez was sentenced on February 4, 2020, to 24 months in prison.  He served 11 months before being released in 2018.  His self-surrender date is March 30, 2020.

Mr. Rodriguez is once again requesting to travel to Mexico to visit his wife and daughters and to celebrate the birthday of one of his two daughters.   He is requesting to travel to Mexico on **February 18, 2020**, and return to Sacramento on **February 25, 2020**.

-1-

Mr. Rodriguez requests that the Court may temporarily return to Mr. Rodriguez his United States Passport at any time after the signing of this order. Mr. Rodriguez will return the passport to the Court no later than **February 26, 2020**.

The government opposes this travel request. Pre-Trial services Officer Margarita Zepeda states: "Pretrial Services would defer to the Court to make a decision, as it is international travel. However, we will note Mr. Ruben Rodriguez is currently in compliance with his conditions of release."

Ruben Rodriguez hereby requests the Court for an order, pursuant to such conditions as required by the Pretrial Services Officer, to allow him to travel to Mexico between **February 18, 2020**, and return to Sacramento on **February 25, 2020**, to visit his family and travel back to the United States (Pre-Trial Services will not monitor Mr. Rodriguez while he is in Mexico).

Mr. Rodriguez will provide his air travel dates, times and airlines to the parties before he departs from Sacramento. It is further stipulated that Mr. Rodriguez must check-in with his Pretrial Services Officer as required by the Pretrial Services Officer. The complete itinerary will be sent to PTS Zepeda.

The Pretrial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order (or to CJA attorney Long to provide to Mr. Rodriguez). Mr. Rodriguez is ordered to surrender the passport to the Pretrial Services Officer the day after his return to the United States and no later than **February 26, 2020**.

Dated: February 5, 2020                     Respectfully submitted,

                                                   /s/ *Michael D. Long*
                                                   MICHAEL D. LONG
                                                   Attorney for Ruben Rodriguez

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders the temporary return to Mr. Rodriguez of his United States passport. The passport is returned to him after the date of this order. Mr. Rodriguez may travel to Mexico from **February 18, 2020**, and return to Sacramento on **February 25, 2020**. Mr. Rodriguez must return his passport to the Court on or before **February 26, 2020**.

Dated: February 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE