MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 11-296 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER EXONERATING THE |
| | ) UNSECURED APPEARANCE BOND |
| | ) OF RUBEN RODRIGUEZ (ECF 740) |
| RUBEN RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ==============================) | |

On February 4, 2020, defendant Ruben Rodriguez was sentenced to 24 months in prison. He self-surrendered at the Atwater USP's satellite camp on March 30, 2020. As his criminal case is now completed, the government, by and through AUSA Brian Fogerty, and Defendant Ruben Rodriguez, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Rodriguez's unsecured $100,000 appearance bond (see ECF documents 729 and 740) should be exonerated.

Dated: April 6, 2020                    Respectfully submitted,

                                        /s/ *Michael D. Long*
                                        MICHAEL D. LONG
                                        Attorney for Ruben Rodriguez


Dated: April 6, 2020                    McGREGOR SCOTT
                                        United States Attorney

                                        /s/ *Brian Fogerty*
                                        BRIAN FOGERTY
                                        Assistant U.S. Attorney

-1-

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court orders that Mr. Rodriguez's unsecured appearance bond (ECF document 740) is hereby exonerated.

Dated: April 6, 2020

/s/ John A. Mendez\_
John A. Mendez
United States District Court Judge