John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
RUBEN RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN RODRIGUEZ,<br><br>Defendant. | No.  2:11-CR-0296-JAM<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**<br><br>Hon. John A. Mendez<br>U.S. District Judge |

Defendant Ruben Rodriguez, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(1)(A), *nunc pro tunc to April 30, 2020* when counsel was first contacted by the Federal Defender to represent Mr. Rodriguez regarding these proceedings.  *See* Motion to Reduce Sentence filed 6/18/20, docket 1025.  Mr. Balazs currently represents Mr. Rodriguez on appeal.  The Office of the Federal Defender supports this appointment.  *See* General Order 595.

                              Respectfully submitted,

Dated:  June 18, 2020         /s/ John Balazs
                              John Balazs
                              Attorney for Defendant
                              Ruben Rodriguez

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**IT IS SO ORDERED.**

Dated:   June 18, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge