McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00296-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| RUBEN RODRIGUEZ, | |
| Defendant. | |

**STIPULATION**

1.   Defendant Ruben Rodriguez filed a motion for reduction in sentence and compassionate release on June 18, 2020. Docket No. 1025. The Court ordered the government to respond by June 25, 2020, and ordered Rodriguez to file any reply by June 30, 2020. Docket No. 1028.

2.   The government requests additional time to review Bureau of Prisons (BOP) records and confer with BOP personnel regarding Rodriguez's request. Accordingly, the government requests that the Court extend the filing deadline for the government's opposition or response to July 2, 2020.

3.   Counsel for the defendant does not oppose the government's request to adjust the briefing schedule.

///

///

///

1     4.    The parties hereby stipulate and move that:

2         a)    The government's opposition or response to defendant's motion, Docket No. 1025, shall be filed on or before July 2, 2020; and

4         b)    The defendant's reply, if any, shall be filed on or before on July 8, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: June 24, 2020

*/s/ Brian A. Fogerty*
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: June 24, 2020

/s/ John P. Balazs
JOHN P. BALAZS
Counsel for Defendant Dwayne Slater

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 1025, shall be filed on or before July 2, 2020;

    b)    The defendant's reply, if any, shall be filed on or before July 8, 2020.

IT IS SO ORDERED.

DATED:   June 24, 2020              /s/ John A. Mendez
                                                    JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE