UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00296-JAM-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE** |
| RUBEN RODRIGUEZ, | |
| Defendant. | |

Ruben Rodriguez, a prisoner serving his sentence in the Satellite Camp at United States Penitentiary, Atwater (USP Atwater), filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A). Mot. to Reduce Sentence ("Mot."), ECF No. 1025. Rodriguez argues the spread of COVID-19 is an "extraordinary and compelling circumstance" that warrants a six-month sentence reduction in his sentence. Id. at 4. The government opposes the request, arguing the Court lacks jurisdiction to modify Rodriguez's sentence and that Rodriguez's circumstances are neither extraordinary nor compelling. Opp'n at 11, ECF No. 1031. Rodriguez filed a reply. ECF No. 1032.

For the reasons discussed below, the Court denies Rodriguez's motion.

1

I.   BACKGROUND

In 2011, a grand jury returned a single-count indictment against Rodriguez and six co-defendants for Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349. Indictment, ECF No. 1. Rodriguez pleaded not guilty and invoked his right to a jury trial. See July 21, 2011 Mins., ECF No. 44. Following two mistrials, see ECF Nos. 459, 629, a jury returned a guilty verdict against Rodriguez. Jury Verdict, ECF No. 853. In February of this year, the Court sentenced Rodriguez to 24 months in prison, followed by 24 months of supervised release. Feb. 4, 2020 Mins., ECF No. 978. The Court also ordered Rodriguez to pay a $100 special assessment. Id.

Rodriguez appealed his conviction two days later. Notice of Appeal, ECF No. 979. The appeal is still pending before the Ninth Circuit. See USCA Case No. 20-10060.

Over the past several months, the novel coronavirus known as COVID-19 has made its way into and throughout the federal prisons. As of July 22, 2020, nearly 10,000 federal inmates across the country have tested positively for COVID-19; 98 have died. See COVID-19 Coronavirus, FEDERAL BUREAU OF PRISONS, http://www.bop.gov/coronavirus (last accessed July 22, 2020). USP Atwater reports three confirmed cases among its inmates and five confirmed cases among its staff. See id.

Individuals with certain underlying health conditions, along with those aged 65 years and older, are at a heightened risk for contracting COVID-19 and suffering serious complications. See Coronavirus Disease: People with Certain Medical Conditions, CENTER FOR DISEASE CONTROL, https://www.cdc.gov/coronavirus/2019-

2

1  ncov/need-extra-precautions/people-with-medical-conditions.html
2  (last accessed July 22, 2020); Coronavirus Disease: Older Adults,
3  CENTER FOR DISEASE CONTROL, https://www.cdc.gov/coronavirus/2019-
4  ncov/need-extra-precautions/older-adults.html (last accessed July
5  22, 2020). Rodriguez is 43 years old and does not have any
6  underlying health conditions. See Presentence Investigation
7  Report ("PSR") at 3, 10, ECF No. 938.

## II.   OPINION

Rodriguez's pending appeal divests this Court of jurisdiction to modify his sentence. Mot. at 2; Opp'n at 11; see also United States v. Melkonyan, No. 2:14-cr-0083-JAM, 2020 WL 2128591, at 1 (E.D. Cal. May 5, 2020) (citing United States v. Ortega-Lopez, 988 F.2d 70, 72 (9th Cir. 1993)). Acknowledging this, Rodriguez requested the Court issue an indicative ruling under Federal Rule of Criminal Procedure 37. Mot. at 2. Rule 37 provides:

> If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may . . . state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue.

Fed. R. Crim. Proc. 37(a)(3).

But given Rodriguez's age, health, and place of confinement, the Court declines his request and finds that an indicative ruling is unwarranted here. The Court otherwise lacks jurisdiction to rule upon Rodriguez's motion; the motion is therefore denied.

///

///

3

## III.  ORDER

For the reasons set forth above, the Court DENIES Rodriguez's motion to reduce sentence.

IT IS SO ORDERED.

Dated: July 24, 2020

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE